IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **ALLSTATE INDEMNITY COMPANY,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | CIVIL ACTION NO. |
|     v. ) | 2:11cv432-MHT |
| ) | (WO) |
| **DOROTHY GUY,** ) | |
| ) | |
|     **Defendant.** ) | |

ORDER

The allegations of the plaintiff's complaint are insufficient to invoke this court's jurisdiction under 28 U.S.C. § 1332.  To invoke jurisdiction based on diversity, a complaint must distinctly and affirmatively allege each party's citizenship.  <u>McGovern v. American Airlines, Inc.</u>, 511 F. 2d 653, 654 (5th Cir. 1975) (per curiam).[*]  28 U.S.C. § 1332(c) provides that a corporation shall be deemed a citizen, first, of all States by which it has

---

    *In <u>Bonner v. Prichard</u>, 661 F.2d 1206, 1209 (11th Cir. 1981) (en banc), the Eleventh Circuit Court of Appeals adopted as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

been incorporated and, second, of the State where it has its principal place of business.  To invoke jurisdiction based on diversity in a case in which a corporation is a party, it is thus necessary to allege distinctly and affirmatively all the States by which the corporation has been incorporated <u>and</u> the State in which the corporation has its principal place of business.  <u>American Motorists Ins. Co. v. American Employers' Ins. Co.</u>, 600 F.2d 15, 16 and n.1 (5th Cir. 1979) (per curiam).  The plaintiff's complaint fails to allege sufficiently the citizenship of corporate plaintiff Allstate Indemnity Company.

It is therefore the ORDER, JUDGMENT, and DECREE of the court that the plaintiff has until June 24, 2011, to amend the complaint to allege § 1332 jurisdiction sufficiently, <u>see</u> 28 U.S.C. § 1653; otherwise, this cause shall be dismissed without prejudice.

DONE, this the 16th day of June, 2011.

                                        /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE