IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ALLSTATE INDEMNITY      )
COMPANY,                )
                        )
    Plaintiff,          )
                        )   CIVIL ACTION NO.
    v.                  )     2:11cv432-MHT
                        )         (WO)
DOROTHY GUY,            )
                        )
    Defendant.          )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Allstate Indemnity Company's motion for summary judgment (Doc. No. 29) is granted on its declaratory-judgment claim and defendant Dorothy Guy's counterclaims.

(2) Judgment is entered in favor of plaintiff Allstate Indemnity Company and against defendant Guy.

    **(3) It is the declaration of the court that there is no insurance coverage for the fire of December 11, 2010, and plaintiff Allstate Indemnity Company has no obligation to pay defendant Guy for her $ 217,019 claim.**

    **It is further ORDERED that costs are taxed against defendant Guy, for which execution may issue.**

    **The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

    **This case is closed.**

    **DONE, this the 5th day of July, 2012.**

                             **/s/ Myron H. Thompson**
                             **UNITED STATES DISTRICT JUDGE**